IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RUBY J. BUSH                                                                                      PLAINTIFF

vs.                                          Civil No. 04-1127

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                      DEFENDANT

**JUDGMENT**

Comes now the Court on this 10th day of March, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, *42 U.S.C. § 405(g),* for further consideration consistent with the Memorandum Opinion.

Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993)*, a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

IT IS SO ORDERED.

                                                                    /s/Bobby E. Shepherd
                                                                    Honorable Bobby E. Shepherd
                                                                   United States Magistrate Judge