IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RUBY J. BUSH     PLAINTIFF

v.     Civil No. 04-1127

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration     DEFENDANT

## JUDGMENT

On this 5th day of May, 2006, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Denver L. Thornton, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees in the amount of $2,125.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

/s/Bobby E. Shepherd
Honorable Bobby E. Shepherd
United States Magistrate Judge